JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:     541-419-0074
Fax:                541-593-4452
Email:            jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYAM GEGAN, )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>KILOLO KIJAKAZI, )<br>Acting Commissioner of Social Security, )<br>)<br>    Defendant )<br>)<br>_____) | Case No.  1:22-CV-00005-GSA<br><br>**STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPENING BREIF** |

   IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 Days to August 22, 2022, for Plaintiff to file her Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension. It is requested due to the fact that Plaintiff's counsel has a very heavy briefing schedule due to the large number of administrative transcripts she is currently receiving.

**Gegan v. Kijakazi**               Stipulation and Proposed Order       E.D. Cal. 1:22-cv-00005-GSA

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

                                        Respectfully submitted,

Date: July 19, 2022                    JACQUELINE A. FORSLUND
                                        Attorney at Law

                                        */s/Jacqueline A. Forslund*
                                        JACQUELINE A. FORSLUND

                                        Attorney for Plaintiff

Date:  July 19, 2022                  PHILLIP A. TALBERT
                                          United States Attorney
                                          PETER THOMPSON
                                          Acting Regional Chief Counsel, Region IX
                                          Social Security Administration

                                        */s/Margaret Lehrkind*
                                        MARGARET LEHRKIND
                                          Special Assistant United States Attorney
                                          *By email authorization

                                        Attorney for Defendant

                                            <u>ORDER</u>

IT IS SO ORDERED.

    Dated:  **July 20, 2022**                     **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE

**Gegan v. Kijakazi**           **Stipulation and Proposed Order**    **E.D. Cal. 1:22-cv-00005-GSA**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Gegan v. Kijakazi**     **Stipulation and Proposed Order**     **E.D. Cal. 1:22-cv-00005-GSA**