JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:    541-419-0074
Fax:               541-593-4452
Email:          jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARYAM GEGAN, | ) | Case No.  1:22-CV-00005-GSA |
| | ) | |
| Plaintiff | ) | **STIPULATION AND PROPOSED** |
| | ) | **ORDER FOR EXTENSION OF TIME** |
| v. | ) | **TO FILE PLAINTIFF'S OPENING BREIF** |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| _____) | | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 21 Days to September 12, 2022, for Plaintiff to file her Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's second request for an extension. It is requested as Plaintiff's counsel's calendar is extremely full and she has not yet had adequate opportunity to review this case.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

                                        Respectfully submitted,

Date: August 19, 2022                           JACQUELINE A. FORSLUND
                                        Attorney at Law

                                        */s/Jacqueline A. Forslund*
                                        JACQUELINE A. FORSLUND

                                        Attorney for Plaintiff


Date:  August 19, 2022                        PHILLIP A. TALBERT
                                        United States Attorney
                                        PETER THOMPSON
                                        Acting Regional Chief Counsel, Region IX
                                        Social Security Administration

                                        */s/Margaret Lehrkind*
                                        MARGARET LEHRKIND
                                        Special Assistant United States Attorney
                                        *By email authorization

                                        Attorney for Defendant


                                              <u>ORDER</u>

IT IS SO ORDERED.

    Dated:  **August 22, 2022**                **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE